# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2007

133032

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RONALD FRANCIS WROBLEWSKI, JR.,
      Defendant-Appellant.

SC: 133032
COA: 274893
Allegan CC: 05-014380-FH

_____/

      On order of the Court, the application for leave to appeal the January 8, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the sentence of the Allegan Circuit Court, and we REMAND this case to the trial court for resentencing. On remand, the trial court shall resentence the defendant within the appropriate sentencing guidelines range or state on the record a substantial and compelling reason for departing from the sentencing guidelines range in accordance with *People v Babcock*, 469 Mich 247 (2003).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2007

_____
Clerk

t0418